# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1408
L.T. Case No. 2020-CF-010751-A

_____

ALFRED DINKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Alfred Dinkins, Daytona Beach, pro se.

No Appearance for Appellee.

June 17, 2025

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____